## Commonwealth *v.* DuBose, Appellant.

Submitted September 11, 1975. *John W. Packel*, Assistant Defender, and *Benjamin Lerner*, Defender, for appellant; *Glenn S. Gitomer, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Fath, Appellant.

Submitted December 16, 1975. *Michael J. Cefalo*, Assistant Public Defender, for appellant; *Joseph C. Giebus*, Assistant District Attorney, and *Patrick J. Toole, Jr.*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.